MUNICIPIO DE FAJARDO ET AL., DEMANDANTES Y APELANTES, *v.* AXTMAYER ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito.

No. 2726.—Resuelto en mayo 11, 1923, por los fundamentos del caso No. 2725, *Municipio de Fajardo v. Axtmayer et al.,* de mayo 11, 1923.

Abogado de los apelantes: *Sr. J. S. Alegría.*

Abogado de los apelados: *Sr. H. G. Molina.*

> *Revocada la sentencia y desestimada la demanda.*

Jueces concurrentes: Sres, Presidente del Toro y Asociado Wolf, Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.